UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**RALPH BERNSTEIN,**

    **Plaintiff,**

v.                                                                          Case No.: **0:17-cv-62078-DPG**

**GENPACT SERVICES, LLC**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **RALPH BERNSTEIN**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 16.4 and states that Plaintiff and Defendant, **GENPACT SERVICES, LLC** ("Defendant"), have reached settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, Plaintiff and Defendant will immediately file the appropriate stipulated dismissal documents with the Court.

Respectfully submitted on this **03** day of **May, 2018,**

               */s/ Michael A. Ziegler*
               Michael A. Ziegler, Esq.
               Florida Bar No. 74864
               mike@zieglerlawoffice.com

               **Law Office of Michael A. Ziegler, P.L.**
               13575 58th Street North, Suite 129
               Clearwater, FL 33760
               (p)  (727) 538-4188
               (f)  (727) 362-4778
               *Attorney and Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **03** day of **May, 2018**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>                              */s/ Michael A. Ziegler*
>                              Michael A. Ziegler, Esq.
>                              Florida Bar No. 74864